THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 2, 2015



Beth E. Hanan
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

KENNETH D. KNIGHT,

Chapter 13

Case No. 15-27638-BEH

Debtor.

**ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS**

Based on the docket and the application to pay the filing fee in installments,

**IT IS ORDERED** the filing fee of **$310.00** shall be paid in full as follows:

1. The Debtor must pay the full amount on or before **July 30, 2015.**

2. If the full amount is not **received** by the Clerk, U.S. Bankruptcy Court, by the deadline, this case will be dismissed, and the Debtor will not receive a discharge.

3. Make the money order or cashier's check payable to the Clerk, U.S. Bankruptcy Court. The Clerk's address is Clerk, U.S. Bankruptcy Court, 517 East Wisconsin Avenue, Room 126, Milwaukee, WI 53202. (Note: The Clerk **does not** accept personal checks from debtors.)

4. If the Debtor needs more time to pay the filing fee, the Debtor must request an extension, **in writing**, prior to the deadline. The Court will notify the Debtor whether an extension has been granted or denied.

5. No discharge will be granted until the filing fee is paid in full.

6. If the Court dismisses the Debtor's case for failing to pay an installment, it will not vacate or reconsider that dismissal unless the Debtor pays the remaining balance of the fee in full and the Debtor's request states legally sufficient reasons under Bankruptcy Rule 9024. Bankruptcy Rule 9024 imposes a burden that may be difficult to meet. If the Debtor's request is denied as lacking sufficient reasons under Bankruptcy Rule 9024, the balance of the filing fee paid with the request CANNOT be refunded.

7. If this case is dismissed for failure to pay the filing fee, the Court will not grant a fee waiver or installment fee application in any future case. Fees for a future case will be due, in full, within 14 days of filing.

8. The Debtor is not permitted to pay an attorney or any other professional for services in connection with this case, until the filing fee is paid in full.

# # # # #